METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Appellant, *v.* ALICE H. TRUAX, as Administratrix of the Estate of CHAUNCEY S. TRUAX, Deceased, Respondent.

*Metropolitan Trust Co.* v. *Truax*, 154 App. Div. 442, affirmed.
(Argued December 3, 1913; decided December 19, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1913, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial in an action upon a contract of guaranty.

*Austen G. Fox* for appellant.

*Lloyd Paul Stryker* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.